UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKE PARTNERS II, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLDO G. CASILLAS, et al.,<br><br>    Defendants. | Case No. 17-cv-04335-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Alsup for consideration of whether the case is related to *Duke Partners II, LLC v. Casillas,* 17-cv-00936-WHA.

**IT IS SO ORDERED.**

Dated: August 10, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge