IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUKE PARTNERS II, LLC,

    Plaintiff,

  v.

ARNOLDO G. CASILLAS and
IRMA V. JASSO,

    Defendants.

No. C 17-04335 WHA

**ORDER GRANTING MOTION TO REMAND REMOVED ACTION**

Defendant Arnoldo Casillas previously removed this action from state court, only to have it remanded for lack of subject-matter jurisdiction because even though that removal was predicated on federal-question jurisdiction, no federal question was presented in the complaint. Undeterred, Casillas, this time with co-defendant Irma Jasso, once again improperly removed this case to federal court based on federal-question jurisdiction with a new removal notice copied and pasted from the previous defective notice. This order **GRANTS** plaintiff's motion to remand (Dkt. 13) to the Superior Court of California, County of Alameda, for the same reasons set forth in the remand order in the related case. *See Duke Partners v. Casillas*, No. C 17-00936 WHA (Dkt. 20).

**IT IS SO ORDERED.**

Dated: August 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE